THOMAS MOORE, Respondent, *v.* CHARLES F. TAYLOR, as
Surviving Partner of the Firm of CHARLES F. TAYLOR
& COMPANY, Appellant.

*Moore* v. *Taylor*, 136 App. Div. 914, modified.
(Argued December 8, 1911; decided January 9, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered January 28, 1910, affirming a judgment in favor
of plaintiff entered upon a verdict in an action on
contract.

*Robert H. Gere* for appellant.

*A. Lee Olmsted* for respondent.

Judgment reversed and new trial granted, costs to
abide event, unless plaintiff stipulates to reduce judg-
ment to $2,011.29, in which case judgment as reduced is
affirmed, without costs in this court to either party; no
opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, WILLARD BARTLETT and CHASE, JJ.